## Hugh Lackey *v.* Clayton Tiffin.

The transfer of a judgment rendered in another State, which is final between the parties, cannot be resisted when sued on by the assignee in this State, as being the sale of a litigious right.

APPEAL from the Fourth District Court of New Orleans, *Reynolds,* J.

*Ad. Rozier,* for plaintiff and appellee. *W. S. Upton* and *C. Roselius,* for defendant and appellant.

SPOFFORD, J. The only question here is, did the plaintiff buy a litigious right?

"A right is said to be litigious when there exists a suit and contestation on the same." C. C. 2623.

On the 19th July, 1854, when the plaintiff, *Hugh Lackey,* bought of *Armistead Lawless* a final judgment which the latter had obtained many years be-

fore, in the State of Missouri, against *Clayton Tiffin*, the *right* of *Armistead Lawless* was nowhere in contestation. Not in Missouri, for there it was fixed by irrevocable decree; not here, for *Lawless* had asserted no *right* here.

If *Lackey* did not own this judgment before the 19th July, 1854, he had unadvisedly brought a suit in New Orleans upon a claim to which he was a stranger, and as to which he was incompetent to stand in court. The fact that the defendant, *Tiffin*, had joined issue with *him* as to *his* rights, did not preclude him from buying *Lawless's* right, touching which there was no litigation pending whereby such right could be affected.

Judgment affirmed.